**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Eldon Philip ANDERSON,**
**Defendant-Appellant**

**No. 16-1214**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 3, 2016

Filed: June 8, 2016

Jeffrey S. Paulsen, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff-Appellee.

Eldon Philip Anderson, Duluth, MN, Pro Se.

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Eldon Anderson appeals the district court's[1] order modifying his supervised release conditions to add a special condition that he reside for a period of up to 120 days in a residential reentry center, as approved by his probation officer. Having carefully reviewed the record, we conclude that the district court did not abuse its discretion in adding the condition, see 18 U.S.C. § 3583(e)(2); and additionally, we decline to consider Anderson's attempt, in his pro se submissions before us, to collaterally attack his underlying conviction, see United States v. Miller, 557 F.3d 910, 913 (8th Cir. 2009). Accordingly, we grant counsel leave to withdraw, and we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.